UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DAVID M. BENNETT (01), )<br>)<br>Defendant. ) | Cause No. 1:16-cr-00239-JMS-KMB |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Mario Garcia's Report and Recommendation dkt [81] recommending that David M. Bennett's supervised release be revoked, pursuant to Title 18 U.S.C. '3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. '3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge Garcia's Report and Recommendation dkt [81]. The Court finds that Mr. Bennett committed Violation Number 2 as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision* dkt [71]. The Court dismisses Violation Number 1 at dkt [71]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Mr. Bennett is sentenced to the custody of the Attorney General or his designee for a period of fourteen (14) months and with no supervised release to follow. The Court recommends placement as close to Indianapolis as possible with the lowest level security possible.

Date: 5/18/2023

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

Electronic Notice to USMS-C

Electronic Notice to USPO